**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: **INNA TRAKHTENBERG**   CASE NO. **14-34584-BKC-RAM**
Last four digits of SS No. 9918

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

**A. $1,111.11** for months **1** to **60**, beginning **December 4, 2014**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $5,500.00; Paid Fees: $2,500.00; Balance Due: $3,000.00; payable $1,000.00/mo. (Mos. 1 to 3)

**Secured Creditors**:   [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**NONE**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**

**NONE**

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

**NONE**

**Unsecured Creditors**: Payable: $1,000.00/mo. (Mos. 4 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Dated: November 18, 2014

```
                              Law Offices of Michael J. Brooks,
                              Michael A. Frank,
                              & Rodolfo De La Guardia
                              Attorneys for Debtor(s)
                              10 N.W. LeJeune Road, Suite 620
                              Miami, FL  33126-5431
                              (305) 443-4217
                              Pleadings@bkclawmiami.com


                              By /s/
                                   Michael J. Brooks
                                   Florida Bar No. 434442
```

LF-31 (rev. 01/08/10)