UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-34584-BKC-RAM

CHAPTER 13

IN RE:

INNA TRAKHTENBERG
     Debtor.
                          /

## DEBTOR'S OBJECTION TO CLAIM NO. 3 FILED BY ASCENTIUM CAPITAL, LLC

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee] [debtor(s)] object(s) to the following claim filed in this case.

The Debtor by and through her undersigned attorney, objects to claim No 3 filed by Ascentium Capital, LLC, Attn: Michele Rodriguez, Post Office Box 301593, Dallas, TX 75303-1593 and Ascentium Capital, LLC, Attn: Thomas Depping, CEO, 23970 U.S. Highway 59 North, Kingwood, TX 77339, as a secured claim in the amount of $214,713.33, with an arrearage amount of $60,464.83, and states:

1.    The lease is in name of United PCP Services of Atlanta, LLC., and the landlord is Providence Capital Funding, Inc. The landlord is in possession of that property therefore this claim should be stricken and disallowed.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the Debtor at least 14 days prior to the confirmation hearing date

and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the Court when the objection and notice of hearing are served.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim was emailed to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com, and all others set forth in the NEF, this 22nd day of December 2014, and this Objection and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to the above addressees.

Respectfully submitted,

Law Offices of Michael J. Brooks, Michael A. Frank
    & Rodolfo H. De La Guardia, Jr.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Facsimile (305) 443-3219


By:  /s/  Michael A. Frank
    Michael A. Frank
    Florida Bar No. 339075