

ORDERED in the Southern District of Florida on May 14, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-34584-BKC-RAM
CHAPTER 13

IN RE:

INNA TRAKHTENBERG,
     Debtor.
_____/

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NOS. 6 & 7 FILED BY FINANCIAL PACIFIC LEASING INC.**

THIS CAUSE having come on to be heard at 9:00 a.m., on May 12, 2015, on the Debtor's Objection to Claim Nos. 6 & 7 filed by Financial Pacific Leasing Inc., [ECF 58], this Court having heard argument of counsel and based upon the record, it is,

**ORDERED**:

    1.    The Debtor's Objection to Claim Nos. 6 & 7 filed by Financial Pacific Leasing Inc., is SUSTAINED.

2.     Claim No. 6 filed by Miami Firefighter Federal Credit Union, as an unsecured claim, in the amount of $23,404.39, is STRICKEN and DISALLOWED

3.     Claim No. 7 filed by Miami Firefighter Federal Credit Union, as an unsecured claim, in the amount of $60,403.08, is STRICKEN and DISALLOWED.

# # #

**Submitted by:**
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies furnished to:
Michael A. Frank, Esquire
Nancy Neidich, Trustee
Financial Pacific Leasing Inc.
Financial Pacific Leasing Inc., Attn: Paul J. Menzel President

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.