UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-34584-BKC-RAM
CHAPTER 13

IN RE:
INNA S. TRAKHTENBERG
    Debtor.
                               /

## DEBTOR'S MOTION FOR REINSTATEMENT OF CHAPTER 13 BANKRUPTCY

The Debtor, INNA S. TRAKHTENBERG, moves this Honorable Court for an Order Granting Re-Hearing of the dismissal entered and reinstating the Chapter 13 Bankruptcy and states:

1. An Order dismissing the case was entered on November 9, 2015, for the Debtor's failure to become current with her trustee payments.

2. The Debtor was issued a Notice of Delinquency, [ECF 73] on September 10, 2015, whereby the Debtor had to get current by October 25, 2015, in the amount of $1,166.71 plus any payments that came due during the interim. The case was ultimately dismissed for $61.16.

3. **The undersigned is holding in trust the sum of $61.16, which brings her current under her Third Amended Chapter 13 Plan and she intends to remain current in all future payments.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich, Trustee @ e2c8f01@ch13herkert.com, and those set forth in the NEF, this 24th day of November 2015 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to all creditors.

Law Offices of Michael J. Brooks, Michael A. Frank
& Rodolfo H. De La Guardia, Jr.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Email- Pleadings@bkclawmiami.com

By  /s/ Michael J. Brooks
    Michael J. Brooks
    Florida Bar No. 434442