**Uwais Pathan**
**AIS Portfolio Services, LP**
**P.O. Box 165028**
**Irving, TX 75016**
**(817) 277-2011 Office**
**(888) 455-6662 Toll Free**
**(817) 461-8070 Fax**

**BANKRUPTCY SERVICER FOR BMW FINANCIAL SERVICES NA, LLC**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| INNA S TRAKHTENBERG | § § | CASE NO. 14-34584-RAM-13 CHAPTER 13 |
| | § § | |
| DEBTOR(S) | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER    4**

COMES NOW, AIS Portfolio Services, LP, bankruptcy servicer for BMW Financial Services NA, LLC, and files this its Notice of Withdrawal of Proof of Claim Number ___4___ filed by Scott Beauchamp and requests that its Claim filed in the above-styled and numbered case on __12/22/2014__ be withdrawn.

Respectfully submitted,

/s/ Uwais Pathan
UWAIS PATHAN
AIS PORTFOLIO SERVICES, LP
P.O. BOX 165028
IRVING, TX 75016
(817) 277-2011

BANKRUPTCY SERVICER FOR
BMW Financial Services NA, LLC

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 20th day of September, 2018.

/s/ Uwais Pathan
Uwais Pathan

**DEBTOR ATTORNEY:**
Michael A Frank ESQ
Law Offices of Brooks, Frank & De LaGuardia
10 NW LeJeune Road, Suite 620
Miami, FL 33126

**TRUSTEE:**
Nancy K Neidich
Trustee of the U.S. Bankruptcy Court
POB 279806
Miramar, FL 33027